**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-7622**

_____

DONALD RICHARD ONKLE,

                    Plaintiff - Appellant,

          v.

RAY HC, Regional Director, Health Services Director or Chief
of Operations for Offender Management; VARGO, Warden; KING,
Doctor,

                    Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.    Anthony J. Trenga,
District Judge. (1:12-cv-00850-AJT-IDD)

_____

Submitted:  November 13, 2012      Decided:  January 18, 2013

_____

Before NIEMEYER, GREGORY, and DIAZ, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Donald Richard Onkle, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Richard Onkle appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Onkle v. Ray, No. 1:12-cv-00850-AJT-IDD (E.D. Va. filed Sept. 5, 2012 & entered Sept. 6, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED